```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 04 B 45951
    DAVID H WILSON SR
    CLAUDETTE WILSON                                CHAPTER 13

                                                    JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-9453      SSN XXX-XX-2564


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 12/14/2004 and was confirmed 02/28/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was paid in full 07/20/2007.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  NOTICE ONLY    NOT FILED             .00              .00
CAPITAL ONE AUTO FINANCE  SECURED         14000.00         2255.85         14000.00
CAPITAL ONE AUTO FINANCE  UNSECURED        5785.00             .00           578.50
INTERNAL REVENUE SERVICE  SECURED         21771.70             .00         21771.70
SELECT PORTFOLIO SERVICI  CURRENT MORTG        .00             .00              .00
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE    9694.77             .00          9694.77
WASHINGTON MUTUAL         CURRENT MORTG        .00             .00              .00
ARONSON FURNITURE         UNSECURED        2339.68             .00           233.97
ASSET ACCEPTANCE CORP     UNSECURED        1027.84             .00           102.78
CAPITAL ONE SERVICES      UNSECURED    NOT FILED             .00              .00
CAPITAL ONE SERVICES      UNSECURED    NOT FILED             .00              .00
CAPITAL ONE AUTO FIN      UNSECURED    NOT FILED             .00              .00
SHERMAN ACQUISITION       UNSECURED        4716.52             .00           471.65
EDWARD OLINGER MD         UNSECURED         541.00             .00            54.10
EVERGREEN EMERGENCY SERV  UNSECURED    NOT FILED             .00              .00
EVERGREEN MEDICAL SPECIA  UNSECURED    NOT FILED             .00              .00
FORD MOTOR CREDIT CO      UNSECURED       20214.50             .00          2021.45
HOLTZ & OAKES             UNSECURED    NOT FILED             .00              .00
IL DEPT OF EMPLOYMENT SE  UNSECURED        1450.05             .00           145.01
INTERNAL REVENUE SERVICE  UNSECURED        8608.71             .00           860.87
JAMES BERNAD PINSKI       UNSECURED    NOT FILED             .00              .00
LITTLE CO OF MARY HOSPIT  UNSECURED    NOT FILED             .00              .00
NORTHWESTERN MEMORIAL HO  UNSECURED    NOT FILED             .00              .00
DUPAGE RADIOLOGISTS       UNSECURED    NOT FILED             .00              .00
RAINBOW                   UNSECURED    NOT FILED             .00              .00
SEARS                     UNSECURED    NOT FILED             .00              .00
SECURITY LINK             UNSECURED    NOT FILED             .00              .00
STONY ISLAND MEDICAL ASS  UNSECURED    NOT FILED             .00              .00
CAPITAL ONE AUTO FINANCE  NOTICE ONLY    NOT FILED             .00              .00
WASHINGTON MUTUAL         MORTGAGE ARRE     358.88             .00           358.88
ECAST SETTLEMENT CORP     UNSECURED         467.39             .00            46.74
INTERNAL REVENUE SERVICE  PRIORITY        18209.82             .00         18209.82

                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 45951 DAVID H WILSON SR & CLAUDETTE WILSON
```

```
ILLINOIS DEPT OF REVENUE   FILED LATE         463.63              .00              .00
ILLINOIS DEPT OF REVENUE   FILED LATE         137.90              .00              .00
GREENBERG & ASSOC          DEBTOR ATTY      2,200.00                          2,200.00
TOM VAUGHN                 TRUSTEE                                            4,468.01
DEBTOR REFUND              REFUND                                             2,396.70
```

          Summary of Receipts and Disbursements:
    ------------------------------------------------------------------------
                            RECEIPTS              DISBURSEMENTS
    ------------------------------------------------------------------------
    TRUSTEE                 79,870.80

    PRIORITY                                      18,209.82
    SECURED                                       45,825.35
        INTEREST                                   2,255.85
    UNSECURED                                      4,515.07
    ADMINISTRATIVE                                 2,200.00
    TRUSTEE COMPENSATION                           4,468.01
    DEBTOR REFUND                                  2,396.70
                            ---------------       ---------------
    TOTALS                  79,870.80             79,870.80

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
     Dated: 10/25/07           _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE




                            PAGE   2
         CASE NO. 04 B 45951 DAVID H WILSON SR & CLAUDETTE WILSON